**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 22, 2015

Hon. Fela B. Olivarez
Law Office of Fela B. Olivarez
P.O. Box 3538
Pharr, TX 78502
\* DELIVERED VIA E-MAIL \*

Hon. Harold Kenneth Tummel
Tummel & Casso
4430 S. McColl Rd
Edinburg, TX 78539
\* DELIVERED VIA E-MAIL \*

Hon. Marcel C. Notzon III
The Notzon Law Firm
415 Shiloh Drive, Suite B
Laredo, TX 78045
\* DELIVERED VIA E-MAIL \*

Re:      Cause No. 13-14-00166-CV
Tr.Ct.No. C-2559-12-E
Style:   Jose Marcos Montalvo, Individually and Marcos Montalvo d/b/a Montalvo
         Roofing & Construction v. Adolfo Vela, Individually and Adolfo Vela d/b/a
         Adelco Enterprises

         Appellant's motion to disqualify opposing counsel in the above cause was this
day DENIED by this Court.

                              Very truly yours,

                              *Dorian E. Ramirez*

                              Dorian E. Ramirez, Clerk

DER:ch